## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | *   CASE NO. 13-70950-JRS |
| | * |
| BARRY STEPHEN WATERS, | * |
| AND | *   CHAPTER 7 |
| MARY HARRISON WATERS | * |
| aka MARY AILEEN HARRISON, | * |
| | * |
| DEBTORS. | * |

### SUGGESTION OF DEATH

COMES NOW Clark & Washington LLC, counsel for the Debtor in the above styled Chapter 13 case and files this "Suggestion of Death," showing to this Honorable Court as follows:

### 1.

Upon information and belief, Debtor Mary Harrison Waters has passed away.

Respectfully submitted,

By: ___/s/_____

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
fax (770) 220-0685

Angelo Vasilescu
Attorney for the Debtor
GA Bar No. 142318

*tp*

## CERTIFICATE OF SERVICE

I certify that I served the parties listed below and on the attached matrix with a true and correct copy of the within and foregoing pleading by placing the same in the United States Mail with adequate postage affixed to ensure delivery, and addressed as indicated:

Tamara Miles Ogier-Chapter 7 Trustee
170 Mitchell Street, SW
Atlanta, GA 30303

Barry Stephen Waters
955 Harbins View Drive
Dacula, GA 30019

Dated:12/17/2013

/s/

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404) 522-2222
fax (770) 220-0685

Angelo Vasilescu
Attorney for the Debtor
GA Bar No. 142318s

*tp*

ASSOCIATED CREDIT UNION
THOMPSON, O'BRIEN KEMP & NASUTI
40 TECHNOLOGY PKWY SOUTH
STE 300
NORCROSS, GA 30092-2924

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3315

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Aspire
Po Box 105555
Atlanta, GA 30348-5555

Asscfedcu
6251 Crooked Creek Dr
Norcross, GA 30092-7157

Assoc Cu
6789 Peachtree
Atlanta, GA 30360

Associated Credit Unio
6251 Crooked Creek Rd
Norcross, GA 30092-7157

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Central Loan Admin & R
425 Phillips Blvd
Ewing, NJ 08618-1430

Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801-2920

Chase
Po Box 15298
Wilmington, DE 19850-5298

Colorado Capital Investment
C/O Daniel F Bridgers
120 North Candler Street
Decatur, GA 30030-3426

Fhut/Webbk
6250 Ridgewood Road
St Cloud, MN 56303-0820

Fidelity Bank
3 Corporate Sq Ne Ste 11
Atlanta, GA 30329-2030

Gecrb/Care
C/O P.O. Box 965036
Orlando, FL 32896-5036

Gecrb/Lowes
Po Box 965005
Orlando, FL 32896-5005

Gecrb/Walmart
Po Box 965024
Orlando, FL 32896-5024

Gecrb/Walmart Dc
Po Box 965024
Orlando, FL 32896-5024

Gwinnett Medical Center
PO Box 1190
Lawrenceville  GA 30046-1190

Home Depot
2455 Paces Ferry SE
Atlanta, GA 30339-1834

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197-5253

HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Macysdsnb
911 Duke Blvd
Mason, OH 45040

Nco Fin/33 (Original Creditor:Carecentri
Po Box 13584
Philadelphia, PA 19101

OHSI Financial Services, LLC
1000 Curcks 75 Parkway, Suite 600
Atlanta  GA 30339

*tp*

Payment Center/Liberty Mutual
1138 Elm Street
PO Box 179
Manchester, NH 03105-0179

Tb&W
1417 N Magnolia Avenue
Ocala, FL 34475-9078

Td Bank Usa/Targetcred
Po Box 673
Minneapolis, MN 55440-0673

Thd/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

United Consumer Finl S
865 Bassett Rd
Westlake, OH 44145-1194

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

World Fin
134 S Clayton St
Lawrenceville, GA 30046-5743

World Fin
2469 Heritage Village, Ste 14
Snellville, GA 30078-6140

World Finance
2238 Snellville Plz
Snellville, GA 30078-2661

World Finance Corp
134 S Clayton St Ste 17
Lawrenceville, GA 30046-5753

*tp*